1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-4000
5



NOV 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7 

8

9 | IN THE UNITED STATES DISTRICT COURT FOR THE

10 | EASTERN DISTRICT OF CALIFORNIA

11 | 1:11 CR 00397  AWI

12 | UNITED STATES OF AMERICA,     )  CASE NO.
                                  )
13 |                Plaintiff,    )  EX PARTE MOTION TO SEAL
                                  )  INDICTMENT PURSUANT
14 |        v.                    )  TO RULE 6(e), FEDERAL
                                  )  FEDERAL RULES OF
15 | JOSEPH GAGE,                 )  CRIMINAL PROCEDURE
                                  )
16 |                Defendant     )
                                  )
17 | _____  )

18

19 |      The government moves the Court, pursuant to Rule 6(e) of the

20 | Federal Rules of Criminal Procedure, to order and direct that the

21 | Indictment returned by the Grand Jury on November 10, 2011,

22 | charging the above defendant with a violation of Title 21, United

23 | States Code, Sections 841(a)(1), 841(b))(1)(B)-Distribution of  28

24 | grams or more of Cocaine Base, and 21 U.S.C. § 841(a)(1) and

25 | 841(b)(1)(C) -Distribution of Cocaine Base, charges be kept secret

26 | until the defendant named in the Indictment is either in custody

27 | or has been given bail on these offenses; and further order that

28 | until such time as the defendant is in custody or has been given

1

1  bail, that no person shall disclose the finding of the Indictment

2  or any warrant issued pursuant thereto, except when necessary for

3  the issuance and execution of the warrant.

4

5  DATED: November 10, 2011              Respectfully submitted,

6                                        BENJAMIN B. WAGNER
                                         Acting United States Attorney
7
                                         By
8                                           ELANA S. LANDAU
                                         Assistant U.S. Attorney
9

10  IT IS SO ORDERED this  [this]  day of November, 2011

11

12                                        U.S. Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2