BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:11-CR-397 |
| Plaintiff, ) ) | ORDER TO **UNSEAL** INDICTMENT |
| v. ) ) | |
| JOSEPH GAGE, ) ) | |
| Defendant. ) ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: Dec. 12, 2011

_____
Honorable Jennifer L. Thurston
United States Magistrate Judge

2

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case NO. 1:11-CR-397
                 Plaintiff,          )
                                     )   REQUEST TO **UNSEAL** INDICTMENT
     v.                              )
                                     )
JOSEPH GAGE,                         )
                                     )
                 Defendant.          )
                                     )
_____)

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011.  As a result, there is no need for the indictment to remain under seal.  Accordingly, the United States asks that the Court order that the indictment be unsealed.

                              BENJAMIN B. WAGNER
                              United States Attorney

Date: December 12, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney

1