CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-3736
carl.faller@fallerdefense,com

Attorney for Defendant
JOSEPH GAGE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>JOSEPH GAGE,<br><br>         Defendant. | Case No.: 1:11-cr-397 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  March 19, 2012<br>Time:  10:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A change of plea hearing in this matter is currently set for March 19, 2012 at 10:00 am.

By agreement of the parties, it is requested that this hearing be continued until March 26, 2012 at 1:00 pm, before the Honorable Dennis L. Beck, United States Magistrate Judge.

The reason for this request is that the case is not yet resolved and a further status conference is necessary to address outstanding issue between the prosecution and the defense.

 It is further stipulated that the time between March 19, 2012 and March 26, 2012 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for continuity of counsel and further investigation and preparation.

Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  March 14, 2012                              Respectfully submitted,


/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant


BENJAMIN B. WAGNER
United States Attorney

By      /s/ Elana Landau____
ELANA LANDAU
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for March 19, 2012  at 10:00 am, be continued to March 26, 2012 at 1:00 pm., before the Honorable Dennis L. Beck, United States Magistrate Judge.

It is further ordered that the time between March 19, 2012 and March 26, 2012 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow for continuity of counsel and further investigation and preparation.

IT IS SO ORDERED.

Dated:   March 15, 2012         _____

CHIEF UNITED STATES DISTRICT JUDGE