BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-397 AWI DLB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| JOSEPH GAGE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties request that the status conference in this case be continued from April 30, 2012 to May 14, 2012 at 10:00a.m.. They stipulate that the time between April 30, 2012 and May 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation and to allow for plea negotiations, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the parties are attempting to determine the defendant's criminal history points so as to effectively negotiate a resolution to the case.  The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: April 25, 2012          By:   /s/Elana S. Landau
                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney

DATE: April 25, 2012              /s/Carl M. Faller
                                        CARL M. FALLER
                                        Attorney for Joseph Gage

IT IS SO ORDERED.

Dated: _____April 25, 2012_____        _____
                                      CHIEF UNITED STATES DISTRICT JUDGE