CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-3736
carl.faller@fallerdefense,com

Attorney for Defendant
JOSEPH GAGE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:11-cr-00397 AWI |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO ADVANCE SENTENCING |
| vs. | ) ) | |
| JOSEPH GAGE, | ) | Date: July 9, 2012 |
| Defendant. | ) ) ) | Time: 10:00 am Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

Sentencing in this matter is currently set for July 30, 2012 at 10:00 am.

By agreement of the parties, it is requested that this hearing be advanced to July 9, 2012 at 10:00 am.

The presentence report has been completed and both parties have reviewed it, including the defendant, and they are, therefore ready for sentencing and for the defendant's designation process with the Bureau of Prisons to commence.

Based on the above, it is respectfully requested that the sentencing hearing be advanced as set forth above.

///

///

| | |
|---|---|
| Dated: July 3, 2012 | Respectfully submitted, |
| | /s/ Carl M. Faller_____ |
| | CARL M. FALLER |
| | Attorney for Defendant |
| | |
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| By | /s/ Elana Landau____ |
| | ELANA LANDAU |
| | Assistant U.S. Attorney |
| | Attorney for the United States |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for July 30, 2012 at 10:00 am, be advanced to July 9, 2012 at 10:00 am.

IT IS SO ORDERED.

Dated:   July 5, 2012        _____

CHIEF UNITED STATES DISTRICT JUDGE